MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE 213-629-7600
FACSIMILE 213-624-1376

Willie R. Barnes (State Bar No. 030028)
Juan A. Torres (State Bar No. 128181)

Attorneys for Defendants
DERIVIUM CAPITAL (USA), INC., DERIVIUM CAPITAL, LLC, and DR. CHARLES CATHCART

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GENERAL HOLDING, INC., a California corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>BANCROFT VENTURES LIMITED, an Isle of Man corporation; DERIVIUM CAPITAL (USA), INC., a Delaware corporation; DERIVIUM CAPITAL, LLC, a South Carolina limited liability corporation; and CHARLES CATHCART, an individual resident of the State of New York,,<br><br>Defendants. | Case No. CIV.S.04-2749 DFL DAD<br><br>**[PROPOSED] ORDER RE STIPULATION FOR ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT** |

The Court, having reviewed the Stipulation between Plaintiff General Holding, Inc. and Defendants Derivium Capital (USA), Inc., Derivium Capital, LLC and Dr. Charles Cathcart ("Defendants) to extend by twenty-one (21) days the deadline by when Defendants must respond to Plaintiff's Complaint, hereby orders as follows:

/ / /

423477.1

**[PROPOSED] ORDER RE STIPULATION**

IT IS HEREBY ORDERED that the deadline by when Defendants must respond to Plaintiff's Complaint is continued to June 13, 2005.

DATED: 5/25/2005

/s/ David F. Levi
HONORABLE DAVID F. LEVI
UNITED DISTRICT JUDGE