1  MARJORIE E. MANNING, SBN 118643
   T. D. BOLLING, JR., SBN 33236
2  **BOLLING, WALTER & GAWTHROP**
   A Professional Corporation
3  8880 Cal Center Drive, Suite 400
   Sacramento, California  95826
4  Telephone No. (916) 369-0777
   Telecopier No. (916) 369-2698
5

6  Attorneys for Defendant Bancroft Ventures Limited

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  GENERAL HOLDING, INC., a California     Case No. CIV. S-04-2749 DFL DAD
    corporation,
12                                          **ORDER   GRANTING   BOLLING,
                   Plaintiff,               WALTER & GAWTHROP'S MOTION
13                                          TO  WITHDRAW  AS  COUNSEL  OF
    v.                                      RECORD   FOR   BANCROFT
14                                          VENTURES LIMITED**
    BANCROFT VENTURES LIMITED, an
15  Isle of Man corporation, DERIVIUM       **Date: June 8, 2005**
    CAPITAL (USA), INC., a Delaware
16  corporation; DERIVIUM CAPITAL, LLC,     **Time: 10:00 a.m.**
    a  South  Carolina  limited  liability
17  corporation; and CHARLES CATHCART,      **Dept.: Judge David Levi**
    an individual resident of the State of New
18  York,

19                 Defendants.
    _____/
20

21       Bolling, Walter & Gawthrop's motion to withdraw as counsel of record for Bancroft

22  Ventures Limited was heard June 8, 2005 before the Honorable David Levi.  Marjorie E.

23  Manning and Theodore D. Bolling, Jr. of Bolling, Walter & Gawthrop appeared in support

24  of the motion, and Mr. D. Banie of DLA Piper Rudnick Gray Cary appeared on behalf of

25  plaintiff.  The matter having been argued and submitted and good cause appearing therefor,

26       IT IS HEREBY ORDERED that:

27       1.   Bolling, Walter & Gawthrop's motion to withdraw as counsel of record for

28  Bancroft Ventures Limited in this action is granted.

ORDER GRANTING BOLLING, WALTER & GAWTHROP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD

1     2.   At the time of the aforementioned hearing, Ms. Manning was directed to contact

2   Bancroft Ventures Limited, Alexander Jeeves, Nigel Wood, Kristina Phelan and F. Ron

3   Jenkins at their last known addresses and advise them that (a) this Court has granted the

4   motion to withdraw; (b) a corporation cannot represent itself and must appear through

5   counsel; (c) Bancroft's default will be entered in this action if it does not appear through

6   counsel on or before July 8, 2005; (d) if new counsel does appear for Bancroft Ventures

7   Limited on or before July 8, 2005, said defendant's response to General Holding's first

8   amended complaint shall be due on or before July 29, 2005.  Ms. Manning was further

9   directed to provide the Court with a copy of her advisement to that effect

10     3.   The Court has lifted the moratorium on discovery in this matter pursuant to

11   plaintiff's request set forth in the statement of qualified non-opposition to motion to

12   withdraw filed May 20, 2005.

13     4.   On the afternoon of June 8, 2005, Marjorie E. Manning filed a declaration in this

14   matter, to which is attached a copy of a letter evidencing Bolling, Walter & Gawthrop's

15   compliance with the conditions identified in paragraph 2 above.

16   Dated: 6/9/2005

17

18

19                                    _____

20                                    DAVID F. LEVI
                                     United States District Judge

21

22   G:\DOCS\LEV\3. Signed Orders to be Processed\04cv2749.o.wpd.

23

24

25

26

27

28

**BOLLING, WALTER
& GAWTHROP
A Professional
Corporation**

ORDER GRANTING BOLLING, WALTER & GAWTHROP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD