IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL HOLDING, INC.,<br>a California corporation, | No. CIV.S-04-2749 DFL DAD |
| Plaintiff, | |
| v. | ORDER |
| BANCROFT VENTURES LIMITED,<br>an Isle of Man corporation,<br>et al., | |
| Defendants. | |
| _____/ | |

      The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

      On November 16, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed November 16, 2005, are adopted in full;

2. Plaintiff's motion for default judgment is granted;

3. Pursuant to Federal Rule of Civil Procedure 54(b), the court finds no just reason for delay and directs the entry of default judgment against defendant Bancroft Ventures Limited ("Bancroft') on plaintiff's claims brought against it; and

4. Defendant Bancroft is directed to (1) return to plaintiff 517,705 shares of MDC Holdings stock, plus any additional shares that may be issued as dividends subsequent to the date of the judgment entered herein; (2) pay monetary damages of $12,845,755.68; and (3) pay post-judgment interest.

DATED: 12/6/2005

DAVID F. LEVI
United States District Judge