IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL HOLDING, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BANCROFT VENTURES LIMITED, an Isle of Man corporation, et al.,<br><br>    Defendants. | CIV-S-04-2749 DFL DAD<br><br><u>ORDER</u> |

Plaintiff moves to transfer venue to the District of South Carolina under 28 U.S.C. § 1404(a) and to dismiss defendant Derivium Capital, LLC without prejudice under Fed. R. Civ. P. 41(a)(2). No defendant has opposed the motion. The motions are GRANTED. Derivium Capital, LLC is dismissed without prejudice and this action is transferred to the United States District

1

Court, District of South Carolina, Charleston Division.

 IT IS SO ORDERED.

Dated: 4/6/2006

*(signature)*

DAVID F. LEVI
Chief United States District Judge